1 | BESS M. BREWER, #100364
  | LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
  | P.O. Box 5088
3 | Sacramento, CA 95817
  | Telephone: (916) 509-7051
4 |
5 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARIA DURAN | ) | Case No. 11-2978 DAD |
| xxx-xx-8401 | ) | |
| | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER EXTENDING PLAINTIFF'S |
| Plaintiff, | ) | TIME TO FILE SUMMARY |
| | ) | JUDGEMENT MOTION |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| Commissioner of Social Security | ) | |
| of the United States of America, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the plaintiff's time to file her summary judgment is hereby extended from June 4, 2012, to July 17, 2012. This is plaintiff's first extension and is required due to the need to spread-out the briefing of the five other briefs due within the same five day time period as plaintiff's brief. The briefs have been rescheduled based on the age of the case.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: May 24, 2012 | | /s/Bess M. Brewer |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |
| | | |
| Dated: May 24, 2012 | | Benjamin B. Wagner |
| | | United States Attorney |
| | | |
| | | Donna L. Calvert |
| | | Acting Regional Chief Counsel, Region IX |
| | | Social Security Administration |
| | | |
| | | /s/ Patrick Snyder |
| | | PATRICK SNYDER |
| | | Special Assistant United States Attorney |
| | | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: May 29, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\duran2978.stip.eot.ord.wpd

2