BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIA DURAN**<br>xxx-xx-8401<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No. 11-2978 DAD<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the plaintiff's time to file her summary judgment is hereby extended from July 17, 2012, to July 19, 2012. Plaintiff's attorney requires this short additional extension to complete Ms. Duran's summary judgment motion.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: July 17, 2012 | /s/Bess M. Brewer<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: July 17, 2012 | Benjamin B. Wagner<br>United States Attorney |
| | Donna L. Calvert<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| | /s/ Patrick Snyder<br>PATRICK SNYDER |
| | Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: July 18, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\duran2978.stip.eot2.ord.wpd

2