1 | BENJAMIN B. WAGNER
United States Attorney
2 | DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
3 | Social Security Administration
THEOPHOUS H. REAGANS
4 | Special Assistant United States Attorney

5 | 333 Market Street, Suite 1500
San Francisco, California 94105
6 | Telephone:  (415) 977-8943
Facsimile: (415) 744-0134
7 | E-Mail: theophous.reagans@ssa.gov

8 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| MARIA DURAN, | CIVIL NO.  11-2978 DAD |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time up to and through September 20, 2012, in which to e-file his Responsive Brief. This extension is requested because the Commissioner is reviewing the defensibility of this case. Counsel apologizes for the delay and inconvenience and respectfully requests that the court grant this unopposed request for extension.

| | | | |
|---|---|---|---|
| Dated: August 17, 2012 | | | *Bess M. Brewer* |
| | | | *(As authorized via email on August 17, 2012)* |
| | | | BESS M. BREWER |
| | | | Attorney for Plaintiff |

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX

Dated: August 17, 2012        By:    */s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 20, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\duran2978.stip.eot3.ord.wpd

2