1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8943
      Facsimile:  (415) 744-0134
7     E-Mail: theophous.reagans@ssa.gov

8  Attorneys for Defendant

9                 UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11                **SACRAMENTO DIVISION**

12 MARIA DURAN,                    )   CIVIL NO.  11-2978 DAD
                                   )
13                                 )   STIPULATION FOR EXTENSION OF TIME
                                   )   TO FILE DEFENDANT'S RESPONSIVE
14        Plaintiff,               )   BRIEF
                                   )
15        v.                       )
                                   )
16 MICHAEL J. ASTRUE,              )
   Commissioner of                 )
17 Social Security,                )
                                   )
18        Defendant.               )
   _____ )

19

20

21        IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval

22 of the Court, that Defendant shall have a 30-day extension of time up to and through September 20, 2012,

23 in which to e-file his Responsive Brief.  This extension is requested because the Commissioner is reviewing

24 the defensibility of this case.  Counsel apologizes for the delay and inconvenience and respectfully requests

25 that the court grant this unopposed request for extension.

26

27

28

1

2  Dated: August 17, 2012            *Bess M. Brewer*
                                    *(As authorized via email on August 17, 2012)*
3                                   BESS M. BREWER
                                    Attorney for Plaintiff
4

5
                                    BENJAMIN B. WAGNER
6                                   United States Attorney
                                    DONNA L. CALVERT
7                                   Regional Chief Counsel, Region IX

8  Dated: August 17, 2012      By:  */s/ Theophous H. Reagans*
                                    THEOPHOUS H. REAGANS
9                                   Special Assistant United States Attorney

10

11 PURSUANT TO STIPULATION, IT IS SO ORDERED.

12 DATED: August 20, 2012.

13

14                                  _____
                                    DALE A. DROZD
15                                  UNITED STATES MAGISTRATE JUDGE

16

17

18

19 Ddad1\orders.soc sec\duran2978.stip.eot3.ord.wpd

20

21

22

23

24

25

26

27

28

2